Harry J. Myerson and Jacob E. Replogle, Appellees, v. Glenn D. Norton et al., Appellants. G. W. Rodway, Appellant. L. J. Bartlett, Inc. et al., Appellees.

Gen. No. 40,676.

opinion filed November 27, 1939. Yowell & Langdon, for certain appellant; Elbridge W. Rice, for certain other appellants; William A. Rogan and William C. Burns, for appellees, Harry J. Myerson and Jacob E. Replogle. Opinion by JUSTICE McSURELY. ''Not to be published in full.''